ACCEPTED
01-15-00041-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/10/2015 2:41:22 PM
CHRISTOPHER PRINE
CLERK

## NO. 01-15-00041-CR

| | | |
|---|---|---|
| APOLINAR MARQUEZ CAMPOSANO | § | THE COURT OF APPEALS FOR |
| V. | § | THE FIRST JUDICIAL DISTRICT, |
| | § | |
| THE STATE OF TEXAS | § | AT HOUSTON, TEXAS |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/10/2015 2:41:22 PM
CHRISTOPHER A. PRINE
Clerk

---

### APPELLANT COUNSEL'S MOTION TO WITHDRAW

---

**TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:**

COMES NOW Appellant's undersigned attorney, and moves the Court to withdraw from the above-captioned case. The Appellant would respectfully show the Court the following:

1. On June 10, 2015, Appellant's counsel filed a brief in compliance with Anders v. California.

2. After a thorough review of the record, Counsel believes that there are no viable issues to be raised on direct appeal.

3. Counsel is forwarding a copy of this motion and a copy of the Anders brief to Appellant by Certified Mail, return receipt requested.

THEREFORE, counsel requests that the Court grant his motion to withdraw from the case.

Respectfully submitted,

1

/s/ Michael "Corey" Young
Michael Corey Young
S.B.T. No. 24042205
Maginnis Pullan & Young
908 N. San Jacinto Street
Tel: (936) 647-1540
Fax: (936) 756-9896
corey@mpylawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was delivered via facsimile to opposing counsel listed below on the date of the filing of the original with the Clerk of this Court, and that a copy of this motion was mailed via Certified Mail, return receipt requested, to Appellant.

William Delmore III
Assistant District Attorney
207 West Phillips St., 2nd Floor
Conroe, Texas 77301

/s/ Michael "Corey" Young
Michael Corey Young